EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|---------------------|
| | 2022 TSPR 82 |
| Antonio Bayón Casiano | 209 DPR ____ |

Número del Caso:  TS-12,538


Fecha:  29 de junio de 2022


Abogado de la parte peticionaria:

        Por derecho propio


Materia:  Reinstalación al ejercicio de la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Antonio Bayón Casiano          TS-12,538

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de junio de 2022.

Examinado el *Informe final sobre el estado de la obra notarial incautada y notificando cumplimiento de orden* presentada por la Oficina de Inspección de Notarías (ODIN), se reinstala al Lcdo. Antonio Bayón Casiano al ejercicio de la notaría, sujeto a la presentación de una nueva fianza notarial para garantizar los servicios profesionales que, en calidad de fedatario, pueda prestar en un futuro.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo